UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JOHN SARMIENTO, ALEXANDER
ANGELES, GIOVANNI BARQUILER,
MARK DAQUIL, LITO DE GUZMAN,
MARVIN DE GUZMAN, ROBERTO
NASAYAO, ROWEL PASCUAL and
ANNABELLE SIBAYAN,

    Plaintiffs,

v.                          CASE NO.: 9:11-cv-81388-KAM

THE CLUB AT ADMIRAL'S COVE, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

In accordance with the provisions of Local Rule 16.2(g), Plaintiffs John Sarmiento, Annabelle Sibayan, Giovanni Barquiler, Mark Daquil, Lito De Guzman, Marvin De Guzman, Alexander Angeles, Roberto Nasayao, and Rowel Pascual and Defendant The Club at Admiral's Cove hereby give notice that this case has been resolved through settlement.

The parties are in the process of entering into a formal settlement agreement and release of all claims.

DATED this 10th day of January, 2013.

                                          /s/ Vanessa A. Coe
                                          Vanessa A. Coe, Esq.
                                          Florida Bar No. 96788
                                          Migrant Farmworker Justice Project
                                          508 Lucerne Ave.
                                          Lake Worth, FL 33460-1819
                                          Vanessa@Floridalegal.Org
                                          Tel: 561.582.3921
                                          Fax: 561.582.4884
                                          **COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by Electronic Mail to the following on this 10th day of January 2013;

Christopher B. Lunny, Esq.
Radey, Thomas, Yon & Clark, P.A.
301 South Bronough Street, Ste 200
Tallahassee, FL 32301
Email: clunny@radeylaw.com

/s/ Vanessa A. Coe
VANESSA A. COE