UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JOHN SARMIENTO, ALEXANDER
ANGELES, GIOVANNI BARQUILER,
MARK DAQUIL, LITO DE GUZMAN,
MARVIN DE GUZMAN, ROBERTO
NASAYAO, ROWEL PASCUAL and
ANNABELLE SIBAYAN,

    Plaintiffs,

v.        CASE NO.:  9:11-cv-81388-KAM

THE CLUB AT ADMIRAL'S COVE, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs John Sarmiento, Annabelle Sibayan, Giovanni Barquiler, Mark Daquil, Lito De Guzman, Marvin De Guzman, Alexander Angeles, Roberto Nasayao, and Rowel Pascual and Defendant The Club at Admiral's Cove, Inc., hereby stipulate and agree to dismissal of this action with prejudice. The parties stipulate that they reached a global settlement, including attorney's costs and fees, and that no compromise was involved in the settlement of Plaintiffs' Fair Labor Standards Act claim in this action. Accordingly, judicial approval of the settlement is not required.

    DATED this Xth day of February, 2013.

| | |
|---|---|
| /s/  Christopher B. Lunny | /s/ Vanessa A. Coe |
| Christopher B. Lunny, Esq | Vanessa A. Coe, Esq. |
| Florida Bar No. 000898 | Florida Bar No. 96788 |
| Radey, Thomas, Yon, and Clark, P.A. | Migrant Farmworker Justice Project |
| Post Office Box 10967 (32302) | 508 Lucerne Ave. |
| 301 South Bronough Street, Suite 200 | Lake Worth, FL 33460-1819 |

| | |
|---|---|
| Tallahassee, FL 32301<br>clunny@radeylaw.com<br>Tel: 850.425.6654<br>Fax: 850.425.6694<br>**COUNSEL FOR DEFENDANT** | Vanessa@Floridalegal.Org<br>Tel: 561.582.3921<br>Fax: 561.582.4884<br><br>**COUNSEL FOR PLAINTIFFS** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by Electronic Mail to the following on this 9th day of January 2013;

Christopher B. Lunny, Esq.
Radey, Thomas, Yon & Clark, P.A.
301 South Bronough Street, Ste 200
Tallahassee, FL 32301
Email: clunny@radeylaw.com

/s/ Vanessa A. Coe
VANESSA A. COE