UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-81388-CIV-MARRA

JOHN SARMIENTO, et al

    Plaintiff,

vs.

THE CLUB AT ADMIRAL'S COVE, INC.

    Defendant.
_____/

## ORDER DISMISSING CASE

This cause is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice (DE 32).  The stipulation represents that Plaintiffs' claims under the Fair Labor Standards Act were not compromised. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the settlement is approved as fair and reasonable.  This case therefore is dismissed with prejudice.  The Clerk shall close this case and all pending motions are denied as moot.  The status conference set for February 14, 2013 at 9:00 a.m. is hereby cancelled.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 13th day of February, 2013.

_____
KENNETH A. MARRA
United States District Judge